# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAYON ANDERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84449

FILED

APR 21 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se original postconviction petition for a writ of habeas corpus. An original petition in this court for a writ of habeas corpus is an improper method to challenge the conviction, as such a petition should be made in the district court in the first instance. NRS 34.738; NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:   Jayon Anderson

SUPREME COURT
OF
NEVADA

(O) 1947A

22-12619

Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk